**MCKENZIE, GARDIAL & ARNOLD, CPA'S**
**1700 MALVERN AVE., STE A**
**HOT SPRINGS AR 71901**

February 2, 2016

Jerry Whitley Bankruptcy
Richard Cox, Trustee
364 Long Point Circle
Hot Springs, AR 71913

| 12/22/2015 | Review and analyze tax data | | |
| | Computation of NOL | | |
| | Preparation of income tax returns | | |
| | 2.5 hours @ $100 | | $ 250.00 |
| | **Computer Charge** | | 75.00 |
| | **Processing Fee** | | __50.00 |
| | | Total | $ 375.00 |