**MCKENZIE, GARDIAL & ARNOLD, CPA'S**
**1700 MALVERN AVE., STE A**
**HOT SPRINGS AR 71901**

November 29, 2016

Jerry Whitley Bankruptcy
Richard Cox, Trustee
364 Long Point Circle
Hot Springs, AR 71913

| Date | Description | Hours |
|---|---|---|
| 07/11/2016 | Telephone call with Richard Cox regarding amended return due to new information regarding tax basis of property sold | .50 hours |
| 11/29/2016 | Preparation of amended return as per above | 1.50 hours |

|  |  |
|---|---|
| 2.0 hours @ $100 | $ 200.00 |
| Computer Charge | 75.00 |
| Processing Fee | 40.00 |
| Total | $ 315.00 |