**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

IN RE: JERRY P. WHITLEY, Debtor           CASE NUMBER:  4:13-bk-15983T
                                                                                          **Chapter 7**

**RICHARD L. COX, TRUSTEE**                                                **PLAINTIFF**

VS.                            AP CASE NO. 4:15-ap-01088

**JERRY P. WHITLEY**
**SHARON R. WHITLEY ET AL**                                              **DEFENDANTS**

**MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT AGREEMENT**

Comes now the Trustee herein, Richard L. Cox and for his Motion for Approval of Compromise and Settlement Agreement; states:

1. On October 13, 2013 (the "Petition Date"), the Jerry P. Whitley, Debtor (the "Debtor") filed a voluntary petition under chapter 7 of the United States Bankruptcy Code in Case No. 4:13-bk-15983T (hereafter "the Bankruptcy Case").

2. The Debtor's bankruptcy case is pending in the United States Bankruptcy Court for the Eastern District of Arkansas, Little Rock Division and Richard L. Cox is the Trustee in said case.

3. On September 22, 2015 the Trustee filed Adversary Proceeding No. 4:15-ap-01088 (hereafter "the Adversary Proceeding").

4. On September 25, 2015, the Trustee filed DE #13 Plaintiff's First Amended Complaint.

5. On October 30, 2015, the Trustee filed DE #51 Plaintiff's Second Amended Complaint.

6. Trustee's Second Amended Complaint DE #51 sets forth eleven counts as follows:

2

      a.    <u>Count I</u>: Declaratory Judgment; Debtor's Interest in 500 Acres of Land; 11 U.S.C. §544, Strong Arm Powers; in the Alternative, 11 U.S.C. §547(b), Preferential Transfer; Authority to sell 500 Acres;

      b.    <u>Count II</u>: 11 U.S.C. §548(a)(1)(A); Actual Fraud; 8 Quieto Trace Real and Personal Property;

      c.    <u>Count III</u>: Actual Fraud; 11 U.S.C. §548(a);

      d.    <u>Count IV</u>: Bankruptcy Fraud; 11 U.S.C. §727(d)(2); Revocation of Discharge;

      e.    <u>Count V</u>: 11 U.S.C. §548(a)(1)(A); Actual Fraud; 11 U.S.C. §548 (A)(1)(B); Constructive Fraud;

      f.    <u>Count VI</u>: Personal, Non-Dischargeable Judgment Against Debtor; Constructive Trust or Equitable Lien;

      g.    <u>Count VII</u>: Request for Emergency Order Imposing the Automatic Stay Provisions of 11 U.S.C. §362 on to the 8 Quieto Trace Real and Personal Property;

      h.    <u>Count VIII</u>: 11U.S.C. §547(B); Preferential Transfers; 11 U.S.C. §548(a)(1)(A); Actual Fraud;

      i.    <u>Count IX</u>: 11 U.S.C. §548 (a)(1)(A; Actual Fraud; Conspiracy to Defraud;

      j.    <u>Count X</u>: Plaintiff's Cross-Complaint Against Intervenors, Michael and Deana Fleharty; and

      k.    Count XI: 11 U.S.C §548; Equitable Tolling of the Statute of Limitations.

7.    The Trustee; the Debtor, The Debtor's spouse, Sharon R. Whitley; Benny Lawrence Welch and Linda Johnson Welch Co-Trustees of the Welch Family Trust DTD September 18, 1996; Jerry K. Whitley and Elise Whitley, Tammy Whitley and Jimmy Whitley (hereafter "the Parties") wish to settle this matter on the terms of the Settlement Agreement attached hereto as Attachment "A" which is incorporated herein by reference.

8.    The Trustee believes that this settlement is in the best interest of the estate.

9. Any creditor or party in interest desiring to object to this motion should file a written objection with the Clerk of the United States Bankruptcy Court, 300 W. 2nd Street, Little Rock, Arkansas 72201, with a copy served on the undersigned counsel for the Trustee within fourteen (14) days of the date of this filing. If objections are timely filed, the Court will set a hearing on subsequent notice to consider any such objection. If no objections are filed within fourteen (14) days of the date of this filing, the Court may enter an order approving the motion without further notice or hearing.

WHEREFORE, Movant, Richard L. Cox, Trustee prays that the Settlement Agreement be approved, and for all other just and proper relief.

Respectfully submitted,

RICHARD L. COX, TRUSTEE, Plaintiff
By His Attorney
RICHARD L. COX, P. A.
364 Long Point Road
Hot Springs, AR 71913
(501) 623-1759

By: */s/ Richard L. Cox*
RICHARD L. COX

## CERTIFICATE OF SERVICE

I, RICHARD L. COX, state that I have on this 8th day of August 2016 forwarded a true and correct copy of the above and foregoing Motion for Approval of Compromise and Settlement Agreement; to J. BRAD MOORE, Attorney for the Debtors and to the U. S. TRUSTEE via ECF and to all interested parties on the Court's mailing matrix for the lead case by U.S. Mail, postage prepaid.

*/s/ Richard L. Cox*
RICHARD L. COX