IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE: JERRY WHITLEY, DEBTOR              CASE NO. 4:13-BK-15983
              DEBTOR                                      CHAPTER 7

## ORDER REVOKING DISCHARGE

Before the Court is the Settlement Agreement entered into among Richard L. Cox, Trustee, Jerry P. Whitley, Debtor, and other parties, and the Notice of Settlement filed by the Trustee on December ___, 2016. Based on the foregoing and the record herein, the Court finds:

1. It has jurisdiction of the parties and subject matter sufficient to enable the Court to enter this order.

2. On February 4, 2014, the Court entered an order (Doc# 38) granting the Debtor, Jerry Whitley, a discharge.

3. Pursuant to paragraph 2.h. of the Settlement Agreement, Debtor has consented to entry of an order revoking his discharge as authorized by 11 *U. S. C.* §727(d)(2).

4. Based on the terms of the Settlement Agreement and 11 *U. S. C.* §727(d)(2), the order granting Debtor a discharge on February 4, 2014, should be and it is hereby revoked, and Debtor is denied a discharge.

IT IS SO ORDERED AND ADJUDGED.

Dated _____.

                                        _____
                                        HONORABLE RICHARD D. TAYLOR,
                                        UNITED STATES BANKRUPTCY JUDGE

Page 1 of 1

File No. 20,257

Addendum A