**MCKENZIE, GARDIAL & ARNOLD, CPA'S**
**1700 MALVERN AVE., STE A**
**HOT SPRINGS AR 71901**

June 15, 2017

Jerry Whitley Bankruptcy
Richard Cox, Trustee
364 Long Point Circle
Hot Springs, AR 71913

| Date | Description | Hours/Amount |
|---|---|---|
| 05/30/2017 | Telephone call with Richard Cox | .50 hours |
| 06/15/2017 | Review and analyze income tax information | |
| | Preparation of income tax returns | 3.00 hours |
| | 3.5 hours @ $100 | $ 350.00 |
| | Computer Charge | 75.00 |
| | Processing Fee | 40.00 |
| | Total | $ 465.00 |