# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS

In re: WHITLEY, JERRY 　　　　　　　　Case No. 4:13-15983-JMP
　　　　　　　　　　　　　　　　　　　　　Chapter 　7

_____,
　　　　　　　　　　Debtor

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

RICHARD L. COX, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,512,320.00 <br> *(without deducting any secured claims)* | Assets Exempt: $18,225.00 |
| Total Distribution to Claimants: $459,210.51 | Claims Discharged <br> Without Payment: $1,856,177.52 |
| Total Expenses of Administration: $303,617.77 | |

3) Total gross receipts of $ 762,828.28 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2** ), yielded net receipts of $762,828.28 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $3,030,924.63 | $362,419.83 | $362,419.82 | $362,419.82 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 303,617.77 | 303,617.77 | 303,617.77 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 30,000.00 | 17,736.28 | 15,188.26 | 15,188.26 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 56,624.00 | 2,010,736.72 | 1,903,883.95 | 81,602.43 |
| **TOTAL DISBURSEMENTS** | $3,117,548.63 | $2,694,510.60 | $2,585,109.80 | $762,828.28 |

4)  This case was originally filed under Chapter 7 on October 30, 2013. The case was pending for 48 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _11/02/2017_____     By:_ /s/RICHARD L. COX_____
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real Property in Saline County | 1210-000 | 94,500.00 |
| Potential avoidance action re transfer to wife | 1241-000 | 667,794.00 |
| Utility Deposit | 1229-000 | 50.00 |
| return premium due on insurance policy | 1229-000 | 484.28 |
| **TOTAL GROSS RECEIPTS** | | **$762,828.28** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6S | Dave & Patsy Stanage Revocable Living Trust | 4210-000 | N/A | 0.01 | 0.00 | 0.00 |
| NOTFILED | Regions Bank | 4110-000 | 200,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Capitol Bank C/O | 4110-000 | 2,246,013.35 | N/A | N/A | 0.00 |
| NOTFILED | Central Bank C/O | 4110-000 | 30,000.00 | N/A | N/A | 0.00 |
| NOTFILED | On-Line Construction, Inc. | 4110-000 | 210,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Farm Credit Services Western AR | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | H. Keith Morrison | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | First Service Bank | 4110-000 | 130,150.00 | N/A | N/A | 0.00 |
| NOTFILED | CitiBank | 4110-000 | 214,761.28 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Lenders Title Company | 4110-000 | N/A | 291,298.75 | 291,298.75 | 291,298.75 |
| The Capital Bank | 4120-000 | N/A | 42,672.64 | 42,672.64 | 42,672.64 |
| First Service Bank | 4120-000 | N/A | 28,448.43 | 28,448.43 | 28,448.43 |
| **TOTAL SECURED CLAIMS** | | $3,030,924.63 | $362,419.83 | $362,419.82 | $362,419.82 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - RICHARD L. COX | 2100-000 | N/A | 41,391.41 | 41,391.41 | 41,391.41 |
| Trustee Expenses - RICHARD L. COX | 2200-000 | N/A | 82.12 | 82.12 | 82.12 |
| Attorney for Trustee Expenses (Trustee Firm) - RICHARD L. COX, P.A. | 3120-000 | N/A | 98.45 | 98.45 | 98.45 |
| Attorney for Trustee Expenses (Trustee Firm) - RICHARD L. COX, P.A. | 3120-000 | N/A | 95.08 | 95.08 | 95.08 |
| Attorney for Trustee Expenses (Trustee Firm) - RICHARD L. COX, P.A. | 3120-000 | N/A | 136.38 | 136.38 | 136.38 |
| Attorney for Trustee Expenses (Trustee Firm) - RICHARD L. COX, P.A. | 3120-000 | N/A | 748.81 | 748.81 | 748.81 |
| Attorney for Trustee Fees (Trustee Firm) - RICHARD L. COX, P.A. | 3110-000 | N/A | 2,056.50 | 2,056.50 | 2,056.50 |
| Attorney for Trustee Fees (Trustee Firm) - RICHARD L. COX, P.A. | 3110-000 | N/A | 7,478.25 | 7,478.25 | 7,478.25 |
| Attorney for Trustee Fees (Trustee Firm) - RICHARD L. COX, P.A. | 3110-000 | N/A | 5,104.25 | 5,104.25 | 5,104.25 |
| Attorney for Trustee Fees (Trustee Firm) - RICHARD L. COX, P.A. | 3110-000 | N/A | 23,881.00 | 23,881.00 | 23,881.00 |
| Attorney for Trustee Fees (Trustee Firm) - RICHARD L. COX, P.A. | 3110-000 | N/A | 2,400.00 | 2,400.00 | 2,400.00 |
| Other - MCKENZIE, GARDIAL & ARNOLD | 3420-000 | N/A | 115.00 | 115.00 | 115.00 |
| Other - MCKENZIE, GARDIAL & ARNOLD | 3420-000 | N/A | 115.00 | 115.00 | 115.00 |
| Other - MCKENZIE, GARDIAL & ARNOLD | 3420-000 | N/A | 125.00 | 125.00 | 125.00 |
| Other - MCKENZIE, GARDIAL & ARNOLD | 3410-000 | N/A | 250.00 | 250.00 | 250.00 |
| Other - MCKENZIE, GARDIAL & ARNOLD | 3410-000 | N/A | 350.00 | 350.00 | 350.00 |
| Other - MCKENZIE, GARDIAL & ARNOLD | 3410-000 | N/A | 200.00 | 200.00 | 200.00 |
| Other - Streetman, Meeks & Gibson, PLLC | 3220-610 | N/A | 12,282.88 | 12,282.88 | 12,282.88 |
| Other - Streetman, Meeks & Gibson, PLLC | 3220-610 | N/A | 1,343.68 | 1,343.68 | 1,343.68 |
| Other - Streetman, Meeks & Gibson, PLLC | 3210-600 | N/A | 133,440.00 | 133,440.00 | 133,440.00 |
| Other - Streetman, Meeks & Gibson, PLLC | 3210-600 | N/A | 33,705.00 | 33,705.00 | 33,705.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 111.20 | 111.20 | 111.20 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 132.66 | 132.66 | 132.66 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 128.06 | 128.06 | 128.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 141.11 | 141.11 | 141.11 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 136.49 | 136.49 | 136.49 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 127.49 | 127.49 | 127.49 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 140.50 | 140.50 | 140.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 131.50 | 131.50 | 131.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 126.94 | 126.94 | 126.94 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 144.26 | 144.26 | 144.26 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 126.23 | 126.23 | 126.23 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 125.90 | 125.90 | 125.90 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 142.65 | 142.65 | 142.65 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 125.15 | 125.15 | 125.15 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 124.97 | 124.97 | 124.97 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 142.03 | 142.03 | 142.03 |
| Other - Saline County Abstract & Guaranty Co., Inc. | 2500-000 | N/A | 75.00 | 75.00 | 75.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 124.60 | 124.60 | 124.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 141.48 | 141.48 | 141.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 128.41 | 128.41 | 128.41 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 123.95 | 123.95 | 123.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 136.60 | 136.60 | 136.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 127.54 | 127.54 | 127.54 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 128.75 | 128.75 | 128.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 232.92 | 232.92 | 232.92 |
| Other - Entergy | 2420-000 | N/A | 27.86 | 27.86 | 27.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 295.03 | 295.03 | 295.03 |
| Other - Lenders Title Company | 2820-000 | N/A | 948.56 | 948.56 | 948.56 |
| Other - Lenders Title Company | 2500-000 | N/A | 735.00 | 735.00 | 735.00 |
| Other - Lenders Title Company | 2500-000 | N/A | 350.00 | 350.00 | 350.00 |
| Other - Lenders Title Company | 3510-000 | N/A | 25,500.00 | 25,500.00 | 25,500.00 |
| Other - Lenders Title Company | 2820-000 | N/A | 907.50 | 907.50 | 907.50 |
| Other - Lenders Title Company | 2500-000 | N/A | 564.00 | 564.00 | 564.00 |
| Other - Lenders Title Company | 2500-000 | N/A | 214.75 | 214.75 | 214.75 |
| Other - Lenders Title Company | 2500-000 | N/A | 20.00 | 20.00 | 20.00 |
| Other - Lenders Title Company | 2820-000 | N/A | 3,979.60 | 3,979.60 | 3,979.60 |
| Other - Lenders Title Company | 2500-000 | N/A | -6.34 | -6.34 | -6.34 |
| Other - Entergy | 2420-000 | N/A | 34.21 | 34.21 | 34.21 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other – RICHARD L. COX | 2300-000 | N/A | 16.38 | 16.38 | 16.38 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 458.37 | 458.37 | 458.37 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 336.05 | 336.05 | 336.05 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 157.42 | 157.42 | 157.42 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 150.14 | 150.14 | 150.14 |
| Other – RICHARD L. COX, P.A. | 2300-000 | N/A | 33.60 | 33.60 | 33.60 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 170.44 | 170.44 | 170.44 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $303,617.77 | $303,617.77 | $303,617.77 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Garland County Tax Collector | 5800-000 | 14,000.00 | 14,411.77 | 14,411.77 | 14,411.77 |
| 5 | Saline County Tax Collector | 5800-000 | 16,000.00 | 1,771.53 | 0.00 | 0.00 |
| 5 -2 | Saline County Tax Collector | 5800-000 | N/A | 776.49 | 0.00 | 0.00 |
| 5 -3 | Saline County Tax Collector | 5800-000 | N/A | 776.49 | 776.49 | 776.49 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $30,000.00 | $17,736.28 | $15,188.26 | $15,188.26 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Atlas Acquisitions LLC | 7100-000 | N/A | 1,260.81 | 1,260.81 | 445.36 |
| 3 | Atlas Acquisitions LLC | 7100-000 | N/A | 2,339.97 | 2,339.97 | 826.55 |
| 4 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 22,728.00 | 26,756.35 | 26,756.35 | 9,451.23 |
| 6U | Dave and Patsy Stanage Revocable Trust | 7100-000 | N/A | 200,658.66 | 200,658.66 | 70,879.29 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | First Service Bank | 7200-000 | N/A | 106,852.77 | 0.00 | 0.00 |
| 7 -2 | First Service Bank | 7200-000 | N/A | 78,404.34 | 78,404.34 | 0.00 |
| 8 | First Service Bank | 7200-000 | N/A | 142,062.33 | 142,062.33 | 0.00 |
| 9 | The Capital Bank | 7200-000 | N/A | 1,452,401.49 | 1,452,401.49 | 0.00 |
| NOTFILED | First Collection Service | 7100-000 | 53.00 | N/A | N/A | 0.00 |
| NOTFILED | Heartland Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | First Collection Service | 7100-000 | 1,157.00 | N/A | N/A | 0.00 |
| NOTFILED | Mid-South Adjustment Co. | 7100-000 | 344.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Control | 7100-000 | 71.00 | N/A | N/A | 0.00 |
| NOTFILED | Mid-South Adjustment Co. | 7100-000 | 329.00 | N/A | N/A | 0.00 |
| NOTFILED | Mac Norton | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Receivables Mgmt. | 7100-000 | 176.00 | N/A | N/A | 0.00 |
| NOTFILED | Summit Bank | 7100-000 | 1,015.00 | N/A | N/A | 0.00 |
| NOTFILED | Mid-South Adjustment Co. | 7100-000 | 56.00 | N/A | N/A | 0.00 |
| NOTFILED | Southern Collection System | 7100-000 | 83.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Control | 7100-000 | 94.00 | N/A | N/A | 0.00 |
| NOTFILED | CBS Col. PADU Bankruptcy | 7100-000 | 144.00 | N/A | N/A | 0.00 |
| NOTFILED | Central Bank C/O | 7100-000 | 30,000.00 | N/A | N/A | 0.00 |
| NOTFILED | 12 Long Term Short Term, Inc. DBA Omega Rooms | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Access Credit | 7100-000 | 323.00 | N/A | N/A | 0.00 |
| NOTFILED | CBS Col. PADU Bankruptcy | 7100-000 | 51.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $56,624.00 | $2,010,736.72 | $1,903,883.95 | $81,602.43 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 4:13-15983-JMP | Trustee: (250060) RICHARD L. COX |
| Case Name: WHITLEY, JERRY | Filed (f) or Converted (c): 10/30/13 (f) |
| | §341(a) Meeting Date: 12/03/13 |
| Period Ending: 11/02/17 | Claims Bar Date: 09/15/14 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 7806 Narrows Road and 16<br>Ordered abandoned 12/4/13 | 500,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash<br>Imported from Amended Doc#: 17 | 20.00 | 0.00 | | 0.00 | FA |
| 3 | Arvest-social security for son<br>Imported from Amended Doc#: 17 | 700.00 | 700.00 | | 0.00 | FA |
| 4 | Couch, love seat coffee, dining table and six ch<br>Imported from Amended Doc#: 17 | 5,000.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing<br>Imported from Amended Doc#: 17 | 500.00 | 0.00 | | 0.00 | FA |
| 6 | .22 magnum<br>Imported from Amended Doc#: 17 | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Midland National $2,000,000 term policy (church<br>Imported from Amended Doc#: 17 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | J.P.W. Enterprises, LLC, only member.<br>Imported from Amended Doc#: 17 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Whitley Travis Enterprises, LLC (50% member)<br>Imported from Amended Doc#: 17 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Flamekist, LLC (member interest-100%)<br>Imported from Amended Doc#: 17 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Jerry and Dena Whitley living trust<br>Imported from Amended Doc#: 17 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | 1998 Honda four wheeler.<br>Imported from Amended Doc#: 17 | 500.00 | 0.00 | | 0.00 | FA |
| 13 | 2007 Sea-Doo and 2008 trailer<br>Imported from Amended Doc#: 17 | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 14 | Potential insurance commissions- 25% of premium<br>Imported from Amended Doc#: 17 | Unknown | 0.00 | | 0.00 | FA |
| 15 | Commissions up to date of petition.<br>Imported from Amended Doc#: 17 | Unknown | 0.00 | | 0.00 | FA |
| 16 | 130 bales of hay<br>Imported from Amended Doc#: 17 | 2,600.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 4:13-15983-JMP | Trustee:        (250060)      RICHARD L. COX |
| Case Name:    WHITLEY, JERRY | Filed (f) or Converted (c):    10/30/13 (f) |
| | §341(a) Meeting Date:    12/03/13 |
| Period Ending: 11/02/17 | Claims Bar Date:    09/15/14 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Potential avoidance action re transfer to father  (u) | Unknown | 0.00 | | 0.00 | FA |
| 18 | Real Property in Saline County  (u) | 94,500.00 | 94,500.00 | | 94,500.00 | FA |
| 19 | Potential avoidance action re transfer to wife  (u) | Unknown | 667,794.00 | | 667,794.00 | FA |
| 20 | AVIVA $1,000,000 term policy  (u) | 1,000,000.00 | 1.00 | | 0.00 | FA |
| 21 | Utility Deposit  (u) | 50.00 | 50.00 | | 50.00 | FA |
| 22 | return premium due on insurance policy  (u) | 484.28 | 484.28 | | 484.28 | FA |
| 22 | **Assets**   Totals (Excluding unknown values) | **$1,607,354.28** | **$766,029.28** | | **$762,828.28** | **$0.00** |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):        December 15, 2015          Current Projected Date Of Final Report (TFR):        September 12, 2017  (Actual)

Printed: 11/02/2017 11:24 AM     V.13.31

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 4:13-15983-JMP |
| **Case Name:** | WHITLEY, JERRY |
| **Taxpayer ID #:** | **-***5549 |
| **Period Ending:** | 11/02/17 |

| | |
|---|---|
| **Trustee:** | RICHARD L. COX (250060) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******9466 - Checking Account |
| **Blanket Bond:** | $50,859,389.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/02/15 | {18} | Auditor of the State of Arkansas | sale of real property at private sale | 1210-000 | 94,500.00 | | 94,500.00 |
| 03/10/15 | 101 | RICHARD L. COX, P.A. | per order entered 3/10/15 doc. #65 | 3110-000 | | 2,056.50 | 92,443.50 |
| 03/10/15 | 102 | RICHARD L. COX, P.A. | per order entered 3/10/15 doc. #65 | 3120-000 | | 95.08 | 92,348.42 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 111.20 | 92,237.22 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 132.66 | 92,104.56 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 128.06 | 91,976.50 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 141.11 | 91,835.39 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 136.49 | 91,698.90 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 127.49 | 91,571.41 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 140.50 | 91,430.91 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 131.50 | 91,299.41 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 126.94 | 91,172.47 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 144.26 | 91,028.21 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 126.23 | 90,901.98 |
| 02/05/16 | 103 | MCKENZIE, GARDIAL & ARNOLD | per order entered 5/5/16 DE #88 | 3410-000 | | 250.00 | 90,651.98 |
| 02/05/16 | 104 | MCKENZIE, GARDIAL & ARNOLD | per order entered 5/5/16 DE #88 | 3420-000 | | 125.00 | 90,526.98 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 125.90 | 90,401.08 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 142.65 | 90,258.43 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 125.15 | 90,133.28 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 124.97 | 90,008.31 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 142.03 | 89,866.28 |
| 07/14/16 | 105 | Saline County Abstract & Guaranty Co., Inc. | Judgment Search | 2500-000 | | 75.00 | 89,791.28 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 124.60 | 89,666.68 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 141.48 | 89,525.20 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 128.41 | 89,396.79 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 123.95 | 89,272.84 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 136.60 | 89,136.24 |
| 12/01/16 | 106 | MCKENZIE, GARDIAL & ARNOLD | per order entered 12/1/16 DE #114 | 3410-000 | | 200.00 | 88,936.24 |
| 12/01/16 | 107 | MCKENZIE, GARDIAL & ARNOLD | per order entered 12/1/16 DE #114 | 3420-000 | | 115.00 | 88,821.24 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 127.54 | 88,693.70 |
| 01/09/17 | 108 | RICHARD L. COX, P.A. | per order entered 1/9/17 DE #128 | 3110-000 | | 7,478.25 | 81,215.45 |
| 01/09/17 | 109 | RICHARD L. COX, P.A. | per order entered 1/9/17 DE #128 | 3120-000 | | 136.38 | 81,079.07 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 128.75 | 80,950.32 |
| 03/15/17 | 110 | Entergy | Electric Bill for 8 Quieto Trace per order entered 1/30/17 DE #137 | 2420-000 | | 27.86 | 80,922.46 |
| 04/03/17 | | Lenders Title Company | Sale of Real Property | | 225,488.18 | | 306,410.64 |

Subtotals :  $319,988.18   $13,577.54

{} Asset reference(s)

Printed: 11/02/2017 11:24 AM   V.13.31

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 4:13-15983-JMP | **Trustee:** RICHARD L. COX (250060) |
| **Case Name:** WHITLEY, JERRY | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******9466 - Checking Account |
| **Taxpayer ID #:** **-***5549 | **Blanket Bond:** $50,859,389.00  (per case limit) |
| **Period Ending:** 11/02/17 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | {19} | | Liquidation of Real Propert | 550,000.00 | 1241-000 | | | 306,410.64 |
| | | | Caounty Property Taxes fromm 1/1/17 thru 3/28/17 | -948.56 | 2820-000 | | | 306,410.64 |
| | | | Title - Owner's Title Insurance -49.68 to Lenders Title Comapany | -735.00 | 2500-000 | | | 306,410.64 |
| | | | Title Closing Fee to Lenders Title | -350.00 | 2500-000 | | | 306,410.64 |
| | | | Real Estate Commission to Trademark Real Estate | -25,500.00 | 3510-000 | | | 306,410.64 |
| | | | Transfer Tax to DF & A | -907.50 | 2820-000 | | | 306,410.64 |
| | | | Payoff First Mortgage Loan | -291,298.75 | 4110-000 | | | 306,410.64 |
| | | | Home Warranty to HMS Home Warranty | -564.00 | 2500-000 | | | 306,410.64 |
| | | | Termite to Terminix | -214.75 | 2500-000 | | | 306,410.64 |
| | | | Record Release Fee to Garland County Circuit Clerk | -20.00 | 2500-000 | | | 306,410.64 |
| | | | Property Taxes to Garland COunty Tax Collector | -3,979.60 | 2820-000 | | | 306,410.64 |
| | | | Credit HSV POA Dues from 3/29/17 thru 3/31/17 | 6.34 | 2500-000 | | | 306,410.64 |
| 04/04/17 | 111 | Entergy | Electric Bill for 8 Quieto Trace per order entered 1/30/17 DE #137 | | 2420-000 | | 34.21 | 306,376.43 |
| 04/10/17 | | To Account #******9467 | transfer to correct account | | 9999-000 | | 225,426.11 | 80,950.32 |
| 04/25/17 | 112 | RICHARD L. COX | Bond Premium Reimbursement | | 2300-000 | | 16.38 | 80,933.94 |
| 05/11/17 | | From Account #******9467 | took bond premium payment out of the wrong account | | 9999-000 | 16.38 | | 80,950.32 |
| 05/11/17 | 113 | RICHARD L. COX | per order entered 5/10/17 DE #167 | | 2100-000 | | 4,725.00 | 76,225.32 |
| 05/11/17 | 114 | RICHARD L. COX, P.A. | per order entered 5/10/17 DE #166 | | 3110-000 | | 5,104.25 | 71,121.07 |
| 05/11/17 | 115 | The Capital Bank | per DE #28 in AP 4:16-ap-01156 | | 4120-000 | | 42,672.64 | 28,448.43 |
| 05/11/17 | 116 | First Service Bank | Per DE #28 in AP 4:16-ap-01156 | | 4120-000 | | 28,448.43 | 0.00 |

Subtotals :                    $16.38        $306,427.02

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 4:13-15983-JMP | |
| **Case Name:** | WHITLEY, JERRY | |
| | | |
| **Taxpayer ID #:** | **-***5549 | |
| **Period Ending:** | 11/02/17 | |

| | | |
|---|---|---|
| **Trustee:** | RICHARD L. COX (250060) | |
| **Bank Name:** | Rabobank, N.A. | |
| **Account:** | ******9466 - Checking Account | |
| **Blanket Bond:** | $50,859,389.00   (per case limit) | |
| **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 320,004.56 | 320,004.56 | $0.00 |
| | | | Less: Bank Transfers | | 16.38 | 225,426.11 | |
| | | | **Subtotal** | | 319,988.18 | 94,578.45 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $319,988.18 | $94,578.45 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 4:13-15983-JMP | **Trustee:** RICHARD L. COX (250060) |
| **Case Name:** WHITLEY, JERRY | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******9467 - Checking Account |
| **Taxpayer ID #:** **-***5549 | **Blanket Bond:** $50,859,389.00  (per case limit) |
| **Period Ending:** 11/02/17 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/02/17 | {19} | Lenders Title Company | Recovery of Prefferential Transfer settlement for AP | 1241-000 | 117,789.00 | | 117,789.00 |
| 02/06/17 | {19} | Lenders Title | Recovery of preferential transfer settlement for AP | 1241-000 | 5.00 | | 117,794.00 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 232.92 | 117,561.08 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 295.03 | 117,266.05 |
| 04/10/17 | | From Account #******9466 | transfer to correct account | 9999-000 | 225,426.11 | | 342,692.16 |
| 04/10/17 | 1001 | Streetman, Meeks & Gibson, PLLC | per order entered 7/142/16 DE #101 | 3210-600 | | 133,440.00 | 209,252.16 |
| 04/10/17 | 1002 | Streetman, Meeks & Gibson, PLLC | per order entered 7/142/16 DE #101 | 3220-610 | | 12,282.88 | 196,969.28 |
| 04/10/17 | 1003 | Streetman, Meeks & Gibson, PLLC | per order entered 3/17/17 DE #158 | 3210-600 | | 33,705.00 | 163,264.28 |
| 04/10/17 | 1004 | Streetman, Meeks & Gibson, PLLC | per order entered 3/17/17 DE #158 | 3220-610 | | 1,343.68 | 161,920.60 |
| 04/17/17 | {21} | Hot Springs Village POA | utility deposit refund | 1229-000 | 50.00 | | 161,970.60 |
| 04/26/17 | {22} | Berkshire Hathaway Homestate Insurance Company | return premium due on policy | 1229-000 | 484.28 | | 162,454.88 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 458.37 | 161,996.51 |
| 05/11/17 | | To Account #******9466 | took bond premium payment out of the wrong account | 9999-000 | | 16.38 | 161,980.13 |
| 05/11/17 | 1005 | RICHARD L. COX, P.A. | per order entered 5/10/17 DE #166 | 3110-000 | | 23,881.00 | 138,099.13 |
| 05/11/17 | 1006 | RICHARD L. COX, P.A. | per order entered 5/10/17 DE #166 | 3120-000 | | 748.81 | 137,350.32 |
| 05/11/17 | 1007 | RICHARD L. COX | per order entered 5/10/17 DE #167 | 2100-000 | | 28,514.48 | 108,835.84 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 336.05 | 108,499.79 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 157.42 | 108,342.37 |
| 07/03/17 | 1008 | MCKENZIE, GARDIAL & ARNOLD | Per order entered 06/29/17 doc#172 | 3420-000 | | 115.00 | 108,227.37 |
| 07/03/17 | 1009 | MCKENZIE, GARDIAL & ARNOLD | Per order entered 06/29/17 doc#172 | 3410-000 | | 350.00 | 107,877.37 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 150.14 | 107,727.23 |
| 08/14/17 | 1010 | RICHARD L. COX, P.A. | Bond Premium Reinbursement | 2300-000 | | 33.60 | 107,693.63 |
| 08/24/17 | 1011 | RICHARD L. COX, P.A. | per order entered 8/23/17 & doc#176 | 3110-000 | | 2,400.00 | 105,293.63 |
| 08/24/17 | 1012 | RICHARD L. COX, P.A. | per order entered 8/23/17 &  doc#176 | 3120-000 | | 98.45 | 105,195.18 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 170.44 | 105,024.74 |
| 10/12/17 | 1013 | RICHARD L. COX | Dividend paid 100.00% on $41,391.41, Trustee Compensation;  Reference: | 2100-000 | | 8,151.93 | 96,872.81 |
| 10/12/17 | 1014 | RICHARD L. COX | Dividend paid 100.00% on $82.12, Trustee Expenses;  Reference: | 2200-000 | | 82.12 | 96,790.69 |
| 10/12/17 | 1015 | Garland County Tax Collector | Dividend paid 100.00% on $14,411.77; Claim# 1; Filed: $14,411.77; Reference: | 5800-000 | | 14,411.77 | 82,378.92 |
| 10/12/17 | 1016 | Saline County Tax Collector | Dividend paid 100.00% on $776.49; Claim# 5 -3; Filed: $776.49; Reference: | 5800-000 | | 776.49 | 81,602.43 |

| | | |
|---|---|---|
| Subtotals : | $343,754.39 | $262,151.96 |

{} Asset reference(s)

Printed: 11/02/2017 11:24 AM    V.13.31

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 4:13-15983-JMP | **Trustee:** RICHARD L. COX (250060) |
| **Case Name:** WHITLEY, JERRY | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******9467 - Checking Account |
| **Taxpayer ID #:** **-***5549 | **Blanket Bond:** $50,859,389.00  (per case limit) |
| **Period Ending:** 11/02/17 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/12/17 | 1017 | Atlas Acquisitions LLC | Dividend paid  35.32% on $1,260.81; Claim# 2;<br>Filed: $1,260.81; Reference: | 7100-000 | | 445.36 | 81,157.07 |
| 10/12/17 | 1018 | Atlas Acquisitions LLC | Dividend paid  35.32% on $2,339.97; Claim# 3;<br>Filed: $2,339.97; Reference: | 7100-000 | | 826.55 | 80,330.52 |
| 10/12/17 | 1019 | PYOD, LLC its successors and<br>assigns as assignee | Dividend paid  35.32% on $26,756.35; Claim#<br>4; Filed: $26,756.35; Reference: | 7100-000 | | 9,451.23 | 70,879.29 |
| 10/12/17 | 1020 | Dave and Patsy Stanage Revocable<br>Trust | Dividend paid  35.32% on $200,658.66;<br>Claim# 6U; Filed: $200,658.66; Reference: | 7100-000 | | 70,879.29 | 0.00 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **343,754.39** | **343,754.39** | **$0.00** |
| Less: Bank Transfers | 225,426.11 | 16.38 | |
| **Subtotal** | **118,328.28** | **343,738.01** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$118,328.28** | **$343,738.01** | |

| | |
|---|---|
| Net Receipts : | 438,316.46 |
| Plus Gross Adjustments : | 324,511.82 |
| Net Estate : | $762,828.28 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******9466** | 319,988.18 | 94,578.45 | 0.00 |
| **Checking # ******9467** | 118,328.28 | 343,738.01 | 0.00 |
| | $438,316.46 | $438,316.46 | $0.00 |